Frederick KRONISH and another v. Nathan SCHULMAN. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Motion denied, with $10 costs. Order filed.

Frederick KRONISH and another v. Nathan SCHULMAN. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

Frank C. KRUG, Appellant, v. Homer D. BLISS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment affirmed, with costs. All concurred.

David LACKOMOWITZ, appellant, v. Jerome E. BATES and Leonard W. Bates, co-partners, etc., respondents. (Supreme Court, Appellate Division, Second Department. October 6. 1916.) Judgment and order affirmed, with costs. See Hope v. Shevill, 137 App. Div. 86, 122 N. Y. Supp. 127; Matter of McLean, 138 N. Y. 158, 33 N. E. 821, 20 L. R. A. 389.

John F. LAMBDEN, respondent, v. George K. THOMPSON, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, with $10 costs.

Mary Hawes LASCH, respt., v. Leopold W. LASCH, applt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

Matter of LAWYERS' TITLE & TRUST CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Order filed.

Matter of Application of David LEEF, Respt. U. S. FIDELITY & GUARANTY CO. Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Matter of Frances L. LELAND, dec'd. (Supreme Court, Appellate Division, First Department. October 9, 1916.) Motion for preference granted for October 11th.

Freda LESKELL, an infant, etc., respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Appeal dismissed, without costs, upon stipulation filed.

Matter of Frank LESLIE, also known as Mrs. Frank Leslie. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Application denied. Settle order on notice.

In the matter of the claim of Lizzie LESLIE and minor children, for the death of Hugh Leslie, under the Workmen's Compensation Law, claimant-respt., v. O' CONNOR & RICHMAN, Inc., employer, and United States Fidelity & Guaranty Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third De-

partment. September 13, 1916.) Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied.

David LEVBERG v. Henry D. SCHUMACHER. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Order filed.

Benjamin A. LEVINE v. Max SPIEGEL. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion for further security for the judgments appealed from, to be approved by a justice of the Supreme Court at Special Term, granted. Settle order on notice.

Jefferson M. LEVY v. Solomon HOLLANDER. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

In the matter of the application of Harry E. LEWIS, as District Attorney of Kings County, appellant, v. James M. CARTER et al., individually and as the Board of Parole for State Prisons, and John Bassi, etc., respondents. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Order affirmed, with $10 costs and disbursements, upon the authority of People v. Fabian, 192 N. Y. 443, 85 N. E. 672, 18 L. R. A. (N. S.) 674, 127 Am. St. Rep. 917, 15 Ann. Cas. 100, People ex rel. Tomkins v. Riley, 161 App. Div. 883, 145 N. Y. Supp. 1140, and People ex rel. Cropsey v. Townsend (Sup.) 157 N. Y. Supp. 1140, decided January 28, 1916.

Minnie LEWITZ, Respt., v. Joseph LEWITZ, Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order reversed, and motion denied. No opinion. Order filed.

Almond R. LODWICK v. Edmond VAN DYK et al. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Motion to dismiss appeal granted, with $10 costs. See Andrewes v. Haas, 214 N. Y. 255, 108 N. E. 423. Order filed.

Giuseppe LOFFREDO v. John PALMIERI. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Franklin B. LONG et al. v. LEBANON NAT. BANK et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

Gilbert E. LOPER, respondent, v. Lewis NIXON, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion granted, without costs.

Edward LOVITT v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.